MEMORANDUM OPINION



No. 04-07-00501-CR



Fred FLORES,


Appellant



v.



The STATE of Texas,


Appellee



From the 226th Judicial District Court, Bexar County, Texas


Trial Court No. 2005-CR-8161


Honorable Sid L. Harle, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: August 22, 2007


DISMISSED FOR LACK OF JURISDICTION

 The trial court imposed or suspended sentence on December 20, 2006. Because appellant
filed a motion for new trial on December 22, 2006, the notice of appeal was due to be filed March
20, 2007. Tex. R. App. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was
due on April 4, 2007. Tex. R. App. P. 26.3. Appellant filed notice of appeal on July 18, 2007. 
Appellant did not file a motion for extension of time.

 On July 31, 2007, this court ordered appellant to show cause in writing why this appeal
should not be dismissed for lack of jurisdiction. Appellant responded to our order on August 8,
2007, but gave no reason why we would have jurisdiction over his appeal. We, therefore, dismiss
this appeal for lack of jurisdiction.


 PER CURIAM

DO NOT PUBLISH